IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

_____ :
                                    :
**UNITED STATES SECURITIES**        :
**AND EXCHANGE COMMISSION**,        :
                                    :
    Plaintiff,  :
                                    : Case No. 14-cv-4834 PJS/JJK
  v.                      :
                                    :
**LEVI D. LINDEMANN**,              : Judge Patrick J. Schiltz
                                    :
    Defendant.  : Magistrate Judge Jeffrey J. Keyes
_____ :

ORDER VOLUNTARILY DISMISSING
PLAINTIFF'S REQUEST FOR MONETARY RELIEF

Plaintiff United States Securities and Exchange Commission ("SEC") having filed a motion to voluntarily dismiss its request for monetary relief (ECF No. 37), defendant having no objection, and the Court being advised of such, it is **HEREBY ORDERED** that the SEC's request for monetary relief is hereby dismissed.

**SO ORDERED this 4th day of May, 2017 by**

                                 JUDGE:    s/Patrick J. Schiltz
                                                    PATRICK J. SCHILTZ
                                                    United States District Judge